IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————

No. 95-60640
Summary Calendar

———————————

KENNETH RAKESTRAW

Plaintiff - Appellant

v.

CARPENTER COMPANY

Defendant - Appellee

_____

Appeal from the United States District Court
for the Northern District of Mississippi
(1:94-CV-247-S-D)
_____

July 1, 1996

Before KING, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Kenneth Rakestraw appeals the summary judgment dismissing
his claim under the Americans with Disabilities Act, 42 U.S.C.
§§ 12101-12213. He argues that the district court improperly
held that his temporary injury did not constitute a disability
under the ADA, and, alternatively, that he was regarded as having

———————————

[*] Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

a disability by his employer, whether or not his injury constituted a disability under the statute. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the same reasons given by the district court. <u>Rakestraw v. Carpenter Co.</u>, No. 94-CV-247 (N.D. Miss. Sept. 29, 1995).

AFFIRMED.